UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KRISBER CASTRO and MARIO CASTRO, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 10-cv-7211(ER)(PED) |
| | ) | |
| v. | ) | |
| | ) | |
| GREEN TREE SERVICING LLC, and KEVIN SMITH, | ) ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby move the Court for partial summary judgment on certain of Plaintiffs' claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

<u>/s/ Brian L. Bromberg</u>
Brian L. Bromberg
One of Plaintiffs' Attorneys

**Attorneys for Plaintiffs**

Brian L. Bromberg
Michael N. Litrownik
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906

Joseph M. Mauro
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Tel: (631) 669-0921

Ronald Wilcox
The Law Office of Ronald Wilcox
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400