UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISBAER CASTRO and MARIO CASTRO,

      Plaintiffs,

    v.

GREEN TREE SERVICING LLC,
and KEVIN SMITH,

      Defendants.

Case No. 10CV7211 (ER)(GAY)

**MOTION TO ADMIT COUNSEL
PRO HAC VICE**

      Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I Brooks R. Brown, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants Green Tree Servicing, LLC and Kevin Smith in the above-captioned action.

      I am in good standing of the bars of the states of California, Massachusetts and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. Annexed hereto as "Exhibit 1" are certificates of good standing for each of the above-referenced bars.

Dated: November 19, 2013

Respectfully Submitted

/s/ Brooks R. Brown
Brooks R. Brown, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432
Tel.: 202.346.4000
Fax: 202.346.4444
Email: bbrown@goodwinprocter.com