UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KRISBER CASTRO and MARIO CASTRO,

                Plaintiffs,

-against-

GREEN TREE SERVICING LLC and
KEVIN SMITH,

                Defendants.

**STIPULATION DISMISSING ACTION**
Civil Case No. 10-cv-07211-ER-PED

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, be and the same hereby is voluntarily dismissed against the Defendants, Green Tree Servicing LLC and Kevin Smith, pursuant to Federal Rule of Civil Procedure 41(a), with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: 1/24/, 2014

BROMBERG LAW OFFICE, P.C.

By: BRIAN L. BROMBERG
    Bar Roll No.: _____
*Attorneys for Plaintiffs*
40 Exchange Place, Ste 2010
New York, New York 10005

DATED: 12/24, 2013

CARTER, CONBOY, CASE, BLACKMORE,
MALONEY & LAIRD, P.C.

By: MICHAEL J. CATALFIMO
    Bar Roll No.: MC 1002
*Attorneys for Defendants*
20 Corporate Woods Boulevard
Albany, NY 12211-2362

So Ordered!

_____
Hon. Edgardo Ramos, U.S.D.J.

Dated: January __, 2014
       New York, New York